■ RACHEL GELLER, Appellant, v MARTIN GELLER, Also Known as DAVID BLASS, Respondent. [892 NYS2d 196]—

564

Taking into account the plaintiff's age, the duration of the marriage, the plaintiff's limited education, the marital standard of living, and the plaintiff's health, an award of maintenance for a period of 12 years is appropriate (*see Wasserman v Wasserman,* 66 AD3d 880 [2009]; *Brooks v Brooks,* 55 AD3d 520 [2008]; *Borra v Borra,* 218 AD2d 780 [1995]).

The plaintiff correctly contends that the Supreme Court erred in failing to direct the defendant to obtain and maintain a life insurance policy to secure his child support obligation. A life insurance policy in the fixed amount of $200,000 with the subject child as beneficiary and the plaintiff as trustee until the child reaches the age of 21 will be sufficient (*see Corless v Corless,* 18 AD3d 493 [2005]).

The plaintiff's remaining contention is without merit. Covello, J.P., Angiolillo, Lott and Roman, JJ., concur.